# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARRY HARRIS, | Case No. 2:23-cv-01801-CDS-EJY |
| Plaintiff, | **AMENDED**<br>**ORDER RE-SETTING INMATE EARLY**<br>**MEDIATION CONFERENCE** |
| v. | |
| A.MOORE, *et al.*, | |
| Defendants. | |

The inmate early mediation is hereby **RESET** for 8:30 a.m. on February 28, 2025 before mediator **Andrew Craner**.  All other requirements set forth in the previous order (Docket No. 8) continue to govern this mediation.  Defendants are not required to serve or file an answer or other response to Plaintiff's complaint before the mediation.

**IT IS SO ORDERED.**

DATED:  January 8, 2025

Elayna J. Youchah
United States Magistrate Judge